## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**MICHELE MacDONALD
and EARL COSEY,**

        Plaintiff,

        Case No. 07-C-297

   -vs-

**CITY OF MILWAUKEE,
POLICE OFFICER ALA AWADALLAH,
POLICE OFFICER KATHLEEN M. HUBER,
and OTHER UNIDENTIFIED
LOCAL POLICE OFFICERS,**

        Defendants.

## ORDER FOR DISMISSAL

Based upon the foregoing Stipulation of the parties, it is hereby ordered that the Stipulated Dismissal is approved, and that the plaintiff's claims, as referenced in the foregoing Stipulation, are hereby dismissed, without prejudice and without costs to any party.

Dated at Milwaukee, Wisconsin, this 5th day of April, 2008.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**